USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: APPLICATION OF MAKSYMILIAN MAX EBENSTEIN FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PENDING IN THE REPUBLIC OF POLAND,

1:26-mc-371-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 24, 2026, Petitioner Maksymilian Max Ebenstein ("Petitioner") filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 to take discovery from Cerberus Capital Management, L.P. ("Cerberus") for use in a proceeding in Poland. Dkt. No. 1 (the "Application"). On October 6, 2026, Magistrate Judge Sarah L. Cave issued a report and recommendation in this matter. Dkt. No. 8 (the "R&R"). On October 20, 2026, Petitioner submitted objections to the R&R. Dkt. Nos. 9–10 (the "Objections").

Petitioner is directed to serve the Application, the R&R, the Objections, and a copy of this order on Cerberus by October 28, 2026. Additionally, any response by Cerberus to the Objections are due no later than November 11, 2026.

SO ORDERED.

Dated: October 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge